United States District Court
Southern District of Texas
**ENTERED**
February 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BRAD JONES, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> BAYVIEW LOAN SERVICING, LLC, *et al*, § <br> § <br> § <br> Defendants. § | CIVIL ACTION NO. 3:19-CV-60 |

# FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order entered in this case, **JUDGMENT IS ENTERED** for **DEFENDANT**S.

All pending motions are **DENIED** as moot.

The Clerk will provide copies of this judgment to the parties.

Signed at Galveston, Texas, this 4th day of February, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE